DEUTSCHE BANK COMPAGNIE FINANCIERE
LUXEMBOURG, S. A., ET AL. *v.* KARL L.
HERMANN ET AL.
(11991)

O'CONNELL, HEIMAN and FREEDMAN, Js.

Argued April 4—decision released April 26, 1994

*Robert A. Schmitz,* pro se, with whom was *Marion B. Schmitz,* pro se, the appellants (named defendant et al.).

*John F. Lambert,* with whom was *Thomas F. Hartch,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.